**Electronically Filed
Supreme Court
SCWC-11-0000697
17-MAY-2016
01:37 PM**

SCWC-11-0000697

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

LOUIS ROBERT SANTIAGO, as Trustee of the Louis Robert Santiago Revocable Living Trust dated November 17, 1999, as amended, and YONG HWAN SANTIAGO, as Trustee of the Yong Shimabukuro Recoverable Living Trust dated July 25, 1996, as amended, Petitioners/Plaintiffs-Appellants/Cross-Appellees,

vs.

RUTH TANAKA, Respondent/Defendant-Appellee/Cross-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000697; CIVIL NO. 08-1-0094)

ORDER DISMISSING MOTION FOR STAY OF JUDGMENT
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Respondent/Defendant-Appellee/Cross-Appellant Ruth Tanaka's motion for stay of judgment, filed on April 19, 2016, after this court entered

judgment, the papers in support thereof, and the records and files herein,

IT IS HEREBY ORDERED that the motion is dismissed.

DATED: Honolulu, Hawaiʻi, May 17, 2016.

| | |
|---|---|
| Gary Victor Dubin and<br>Frederick J. Arensmeyer<br>for petitioner | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| Robert Goldberg<br>for respondent | /s/ Sabrina S. McKenna |
| | /s/ Richard W. Pollack |
| | /s/ Michael D. Wilson |

